## BECKMANN vs. HENN.

In an action for a breach of the covenant of seizin, the burden is upon the defendant to show his title, and not upon the plaintiff to show the want of it.

Where the plaintiff in such an action undertook to prove a breach of the covenant, and all the evidence offered by him was ruled out, it was error for the court to non-suit him upon the motion of the defendant, who had not made proof of his title.

ERROR to the Circuit Court for *Ozaukee* County.

*Hugh Cunning*, for plaintiff in error.

*A. M. Blair*, for defendant in error.

*By the Court*, DIXON, C. J. Action by the plaintiff in error against the defendant for a breach of the covenant of seizin

contained in a deed from the latter to the former. Upon the trial, several exceptions were taken, none of which need be noticed except that of the plaintiff to the judgment of non-suit. The plaintiff, supposing it to be necessary for him to prove the breach, offered a transcript from the land office and two deeds in evidence, all of which were rejected. The defendant then moved a nonsuit, which was granted, and to which the plaintiff excepted. It was error thus to nonsuit the plaintiff. The burden was upon the defendant to show his title, and not upon the plaintiff to show the want of it by proving the negative. *Mecklem v. Blake*, 16 Wis., 102.

Judgment reversed, and a new trial awarded.